

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  Michael N. Lewis
      Debtor

Case No.: 15–30873
Chapter:  13

**ENTERED**
**05/01/2015**

## ORDER OF DISMISSAL

1. On the chapter 13 trustee's motion, this case is dismissed. The Court's reasons for dismissal were stated on the record in open court.

2. The deadline for filing an application for an administrative expense in this case is set at 21 days following the entry of this Order. The deadline for filing a motion for allowance of a claim arising under § 507(b) in this case is also set at 21 days following entry of this order.

3. If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under § 503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

4. This order terminates (i) all orders to the Debtor(s)' employer that require payments to the chapter 13 trustee; and (ii) all orders directing payments by ACH or EFT.

Signed and Entered on Docket: 5/1/15.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                              Southern District of Texas
In re:                                                            Case No. 15-30873-drj
Michael N. Lewis                                                  Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0541-4         User: admin                  Page 1 of 2              Date Rcvd: May 01, 2015
                             Form ID: dsmwodj            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2015.
db             +Michael N. Lewis,    13945 Murphy Road,    Stafford, TX 77477-4909
9048317        +Aaron Sales & Lease Ow,    309 E Paces Ferry,    Atlanta, GA 30305-2367
9048319        +American Collections E,    205 S Whiting St Ste 500,    Alexandria, VA 22304-3632
9048320        +Autobility Inc,    355 Warrenton Rd,    Fredericksburg, VA 22405-1334
9043066        +Bmg Auto,    2418 W Division St,    Arlington, TX 76012-3610
9097078        +CASH TIME TITLE LOANS INC,    4205 W GLENROSA AVE,    PHOENIX AZ 85019-3308
9048323        +Cash Time Title Loans,    6601 W. Indian School Rd #20,    Phoenix, AZ 85033-3340
9043067        +Christopher Todd Morrison, P.C.,     1306 Dorothy Street,    Houston, TX 77008-3824
9043068        +Christopher Todd Morrison, P.C.,     Attorney at Law,    1306 Dorothy Street,
                 Houston, TX 77008-3824
9048327        +Crd Prt Asso,    Attn: Bankruptcy,    PO Box 802068,    Dallas, TX 75380-2068
9048328        +Credit Controll, LLC,    5757 Phantom Dr., Ste. 330,    Hazlewood, MO 63042-2429
9096219         ECMC,    P O Box 16408,    St. Paul, MN 55116-0408
9048332        +Fair Collections & Out,    12304 Baltimore Ave Unite E,    Beltsville, MD 20705-1314
9048333         First National Collection Bureau, Inc,    3631 Waltham Way,    Sparks, NV 89434
9048334        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
9048337        +National Credit System,    Attn: Bankruptcy,    PO Box 312125,    Atlanta, GA 31131-2125
9048338        +PLS Loan Services,    6890 Monrow,    Houston, TX 77017-5142
9048339        +PLS Store,    One South Wacker,    36th Floor,    Chicago, IL 60606-4603
9048340       ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,      PO Box 12914,    Norfolk, VA 23541)
9048342        +Progressive Finance,    3877 South 400 East,    Salt Lake City, UT 84115-4607
9048343        +Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
9048344        +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
9048345        +Southwest Gas Company,    PO Box 98512,    Las Vegas, NV 89193-8512
9048346        +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
9048347        +United Consumers,    PO Box 4466,    Woodbridge, VA 22194-4466
9048348        +Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
9048330         debtor not on lease,    Houston, TX

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9048318        +E-mail/PDF: recoverybankruptcy@afninet.com May 01 2015 21:57:28      Afni, Inc.,
                 404 Brock Dr   Po Box 3097,    Bloomington, IL 61701-2654
9080605        +E-mail/Text: bnc@atlasacq.com May 01 2015 21:12:15     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
9048322        +Fax: 614-760-4092 May 01 2015 21:17:58     Buckeye Title Loans,    5402 Glendale Ave,
                 Glendale, AZ 85301-2622
9048329        +E-mail/Text: svincent@creditmanagementcompany.com May 01 2015 21:12:56      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
9048331        +E-mail/Text: bknotice@erccollections.com May 01 2015 21:12:49     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
9045530         E-mail/Text: cio.bncmail@irs.gov May 01 2015 21:12:23      INTERNAL REVENUE SERVICE,
                 P O Box 7346,    Philadelphia PA 19101-7346
9043071        +E-mail/Text: bankruptcy@gopfs.com May 01 2015 21:13:02     Prestige Financial Svc,
                 Attn: Bankruptcy Department,    PO Box 26707,    Salt Lake City, UT 84126-0707
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BMG Auto Group, Inc.
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
9048321*       +Bmg Auto,    2418 W Division St,    Arlington, TX 76012-3610
9048325*       +Christopher Todd Morrison, P.C.,     Attorney at Law,    1306 Dorothy Street,
                 Houston, TX 77008-3824
9048324*       +Christopher Todd Morrison, P.C.,     1306 Dorothy Street,    Houston, TX 77008-3824
9043070*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS,     1919 Smith Street, STOP 5024 HOU,    Houston, TX 77002)
9048336*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS,     1919 Smith Street, STOP 5024 HOU,    Houston, TX 77002)
9043069*        IRS,    Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
9048335*        IRS,    Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
9048341*       +Prestige Financial Svc,    Attn: Bankruptcy Department,    PO Box 26707,
                 Salt Lake City, UT 84126-0707
9048326       ##+Convergent Outsourcing, Inc.,     10750 Hammerly Blvd #200,    Houston, TX 77043-2317
                                                                                          TOTALS: 1, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0541-4           User: admin              Page 2 of 2               Date Rcvd: May 01, 2015
                               Form ID: dsmwodj         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2015 at the address(es) listed below:
```
              Christopher Todd Morrison    on behalf of Debtor Michael N. Lewis attyctm2100@yahoo.com,
               cmnotices@gmail.com
              Gail E Stock    on behalf of Creditor   BMG Auto Group, Inc. gestock@jamesondunagan.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William E. Heitkamp    heitkamp@ch13hou.com
                                                                                            TOTAL: 4
```